## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Chapter 11 |
| Sklar Exploration Company, LLC, *et al*., | Case No. 20-12377-EEB |
| Debtors. | (Jointly Administered) |
| Thomas M. Kim, Creditor Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Capstar Drilling, Inc.,<br><br>Defendant. | Adv. Proc. No. 22-01077 |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, defendant Capstar Drilling, Inc. is 100% owned by Capstar Holding, LLC, which is in turn is 100% owned by Oil States Energy Services Holding, Inc., which is in turn is 100% owned by Oil States International, Inc.

Dated: May 16, 2022

CAPSTAR DRILLING, INC.

By:  */s/ Bill Maxwell*
Name: Bill Maxwell
Title:  Authorized Representative